IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY WILLIAMS,

      Plaintiff,                    No. CIV S-07-0972 GEB KJM P

      vs.

A.J. MALFI, et al.,

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

/////

/////

/////

1

Dockets.Justia.com

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1. Plaintiff shall submit, within thirty days from the date of this order, a
3  completed affidavit in support of his request to proceed in forma pauperis on the form provided
4  by the Clerk of Court;

5       2. The Clerk of the Court is directed to send plaintiff a new Application to
6  Proceed In Forma Pauperis By a Prisoner; and

7       3. Plaintiff shall submit, within thirty days from the date of this order, a certified
8  copy of his prison trust account statement for the six month period immediately preceding the
9  filing of the complaint.  Plaintiff's failure to comply with this order will result in a
10 recommendation that this action be dismissed without prejudice.

11 DATED: June 1, 2007.

12

13                                         _____
                                           U.S. MAGISTRATE JUDGE

14 /mp
   will0972.3c+new

2